GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
Email: brichardson@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CORPORATE SERVICES, INC., a Nevada corporation, and DOES 1 - 10, inclusive,<br><br>Defendant. | CASE NO. 2:09-cv-01300<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

### STIPULATION

Plaintiff Incorp Services, Inc. ("Plaintiff"), by and through counsel, the law firm of Gordon Silver, and Defendant Nevada Corporate Services, Inc. ("Defendant"), by and through counsel, Reade & Associates,

HEREBY STIPULATE AND AGREE:

1.     That on November 13, 2009, Joel Z. Schwarz, Esq. of Gordon Silver on behalf of Incorp Services, Inc., and Christopher Reade, Esq. of Reade & Associates, on behalf of Nevada Corporate Services, Inc., conducted an early case conference in Case No. 2:09-cv-01300 pursuant to FRCP 26(f), at which time said parties agreed upon the following discovery deadlines:

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/794973

1 of 3

| | | |
|---|---|---|
| 1 | 1. Close of discovery | **May 13, 2010** <br> (enter calendar date) |
| 2 | | |
| 3 | 2. Final date to file motions to amend pleadings or add parties (without a further court order): | **February 12, 2010** <br> (enter calendar date - not later than 90 days before close of discovery) |
| 4 | | |
| 5 | 3. Final dates for expert disclosures: | |
| 6 | i. initial disclosures: | **February 12, 2010** <br> (enter calendar date - not later than 90 days before discovery cut-off date) |
| 7 | | |
| 8 | ii. rebuttal disclosures: | **March 14, 2010** <br> (enter calendar date - not later than 30 days after initial disclosure of experts) |
| 9 | | |
| 10 | | |
| 11 | 4. Final dates to file dispositive motions: | **June 12, 2010** <br> (enter calendar date - not later than 30 days after discovery cut-off date) |
| 12 | | |

IT IS HEREBY STIPULATED.

DATED this __16__ day of November, 2009.         DATED this __19__ day of November, 2009.

READE & ASSOCIATES                                GORDON SILVER

*/s/ Andrew H. Pastwick/*

R. CHRISTOPHER READE #9146                        BRADLEY J. RICHARDSON
Nevada Bar No. 6791                               Nevada Bar No. 1159
4560 S. Decatur Blvd., Suite 201                  JOEL Z. SCHWARZ
Las Vegas, NV 89103                               Nevada Bar No. 9181
Tel: (702) 794-4411                               3960 Howard Hughes Pkwy., 9th Floor
Attorneys for Defendant                           Las Vegas, Nevada 89169
                                                  Tel: (702) 796-5555
                                                  Attorneys for Plaintiff

...

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/794973

2 of 3

## ORDER

The Court having reviewed and considered the Stipulation by the parties, and Good Cause Appearing Therefore, HEREBY ORDERS that the discovery deadlines shall be as follows:

1. Close of discovery

   **May 13, 2010**
   (enter calendar date)

2. Final date to file motions to amend pleadings or add parties (without a further court order):

   **February 12, 2010**
   (enter calendar date - not later than 90 days before close of discovery)

3. Final dates for expert disclosures:

   i. initial disclosures:

   **February 12, 2010**
   (enter calendar date - not later than 90 days before discovery cut-off date)

   ii. rebuttal disclosures:

   **March 14, 2010**
   (enter calendar date - not later than 30 days after initial disclosure of experts)

4. Final dates to file dispositive motions:

   **June 12, 2010**
   (enter calendar date - not later than 30 days after discovery cut-off date)

IT IS SO ORDERED this 20th day of November, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Prepared and Submitted by:

GORDON SILVER

_____
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Plaintiff

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/794973

3 of 3