GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
Email: brichardson@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| INCORP SERVICES, INC., a Nevada corporation, | CASE NO. 2:09-cv-01300-RCJ-GWF |
|---|---|
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | **[DEMAND FOR JURY TRIAL]** |
| NEVADA CORPORATE SERVICES, INC., a Nevada corporation, RICHARD FRITZLER, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Incorp Services, Inc. ("Incorp") brings this First Amended Complaint against Nevada Corporate Services, Inc. ("NCS") and Richard Fritzler, and allege as follows:

### INTRODUCTION

1. Defendant Nevada Corporate Services, Inc. is a competitor of Plaintiff Incorp Services, Inc.

2. Defendant Richard Fritzler is the co-founder and President of NCS, and on information and belief, exercises day-to-day control over the NCS's operations.

3. Defendants drafted and published false and defamatory letters about Incorp and sent these letters to Incorp's clients.

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

1 of 6

4. These letters falsely claimed that Incorp "may be discontinuing" its registered agent services, leaving its clients "vulnerable and at risk."

5. As a result of Incorp's clients' receipt of these false and defamatory letters, Incorp has been substantially harmed.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over the federal false advertising claim pursuant to the Lanham Act, 15 U.S.C. §1121 and 28 U.S.C. §§1331 & 1338. The Court has supplemental jurisdiction over the claim arising under state law pursuant to 28 U.S.C. §1367(a), in that the state law claim is so related to the claim over which the Court has original jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

7. This Court has personal jurisdiction over NCS because it is a Nevada-based corporation, conducts substantial business in Nevada, committed the misconduct at issue in Nevada, and directed the misconduct towards a Nevada resident. This Court has personal jurisdiction over Fritzler because, on information and belief, he resides in Nevada and has substantial connections to Nevada.

8. Venue is proper in the District of Nevada pursuant to LR IA 6-1 and 28 U.S.C §1391(b)(2) &(c), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here, and because the Defendants are subject to personal jurisdiction in this District.

## PARTIES

9. Plaintiff Incorp Services, Inc. is a Nevada corporation, with its principal place of business in Clark County, Nevada.

10. Defendant Nevada Corporate Services, Inc. is a Nevada corporation, with its principal place of business in Clark County, Nevada.

11. Defendant Richard Fritzler is an individual, who on information and belief resides in Nevada.

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

2 of 6

12. Incorp is uncertain of the true names and capacities of those defendants sued by the fictitious names Does 1 through 10, who also are responsible and liable for the injuries alleged in this Complaint and who proximately caused damage to Incorp. Incorp will amend this Complaint to add the true names and capacities of the Does when they become known.

### DEFENDANTS' MISCONDUCT

13. Incorp provides a variety of company formation and registration services, including registered agent services.

14. Incorp has an established track record of providing high quality, trouble-free, and efficient registered agent services to its clients.

15. As a result of Incorp's history of providing excellent registered agent services, Incorp enjoys a competitive advantage over other registered agent services and is able to demand a premium for its services.

16. NCS is a direct competitor of Incorp, offering various company formation and registration services, including registered agent services.

17. NCS struggles to compete with Incorp regarding client satisfaction in the provision of registered agent services.

18. Fritzler is the President and co-founder of NCS, and on information and belief, exercises control over the day-to-day operations of NCS.

19. On or around May 28, 2009 Defendants drafted false and defamatory letters about Incorp.

20. These letters stated that Incorp "may be discontinuing its services."

21. These letters also stated that Incorp's discontinuance of services may leave its clients "vulnerable and at risk."

22. The letter went on to assert criticism after criticism about registered agent services, insinuating that these statements were about Incorp.

23. Thus, the letter stated that the Incorp client may be "victimized by a lack of service and professionalism" by Incorp.

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

3 of 6

24. The letter further stated that the Incorp client may be "devastated by their Registered Agent's failures."

25. The letter further stated that Incorp may fail "in fulfilling their statutory duties, opening you, their client, to strategic vulnerabilities."

26. The letter contains numerous other criticisms about Incorp.

27. These statements were false.

28. Defendants sent these letters to numerous—if not all—of Incorp's clients.

29. The harm to Incorp from the defamatory letters was immediate and irreparable.

30. On information and belief, Defendants carried out the above-described misconduct knowingly, willfully, maliciously, and with the intent to harm Incorp.

31. On information and belief, Defendants conspired with and aided and abetted the Doe defendants in carrying out the above-described misconduct.

### FIRST CAUSE OF ACTION

### (False Advertising under the Lanham Act, 15 U.S.C. §1125(a))

32. Incorp repeats and incorporates by reference all of the allegations set forth above.

33. Defendants intentionally and with knowledge published false descriptions and representations of fact about Incorp.

34. Defendants' statements misrepresented the quality and nature of Incorp's professionalism and client dedication as well as the quality, reliability, and safety of Incorp's services.

35. Defendants published these false descriptions and representations in letters, which it then sent in interstate commerce to Incorp's clients.

36. Defendants' statements were made to discourage people from using Incorp's services, and to encourage people to use Defendants' services.

37. As a result of Defendants' statements, Incorp has been substantially harmed.

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

4 of 6

## SECOND CAUSE OF ACTION

### (Defamation)

38. Incorp repeats and incorporates by reference all of the allegations set forth above.

39. Defendants published false and defamatory statements about Incorp.

40. Defendants published these false and defamatory statements knowing that they were false and with malice and the specific intent to harm Incorp and benefit Defendants.

41. Defendants published these false and defamatory statements to third parties.

42. Defendants' false and defamatory statements were unprivileged.

43. As a result of Defendants' misconduct Incorp has suffered and continues to suffer significant harm.

## PRAYER

WHEREFORE, Plaintiff respectfully request relief as follows:

1. That the Court enter a judgment against Defendants that they are:

    a. Liable to Incorp for false advertising under 15 U.S.C. §1125(a).

    b. Liable to Incorp for defamation.

2. That the Court enter a judgment against Defendants in favor of Incorp as follows:

    a. Direct, compensatory, general, special, and consequential damages against Defendants for defamation;

    b. Compensatory damages against Defendants, including wrongful profit damages, under 15 U.S.C. §1117(a).

    c. Punitive damages against Defendants, under N.R.S. 42.005 for oppression, fraud, and malice in their acts of business disparagement;

    d. Treble damages against Defendants, under 15 U.S.C. §1117(a) for oppression, fraud, and malice in its false advertising.

    e. Attorneys' fees and necessary expenses against Defendants under 15 U.S.C. §1117(a);

    …

    …

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

      f.      All costs of this action;

      g.      Pre-judgment interest.

3.    That the Court grant to Incorp such additional relief as is just and proper.

DATED this 12th day of February, 2010.

                                                GORDON SILVER

                                               /s/ Bradley J. Richardson
                                               BRADLEY J. RICHARDSON
                                               Nevada Bar No. 1159
                                               JOEL Z. SCHWARZ
                                               Nevada Bar No. 9181
                                               3960 Howard Hughes Pkwy., 9th Floor
                                               Las Vegas, Nevada 89169
                                               (702) 796-5555
                                               Attorneys for Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED this 12th day of February, 2010.

                                                 GORDON SILVER

                                               /s/ Bradley J. Richardson
                                               BRADLEY J. RICHARDSON
                                               Nevada Bar No. 1159
                                               JOEL Z. SCHWARZ
                                               Nevada Bar No. 9181
                                               3960 Howard Hughes Pkwy., 9th Floor
                                               Las Vegas, Nevada 89169
                                               (702) 796-5555
                                               Attorneys for Plaintiff

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/843045

6 of 6