# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INCORP SERVICES, INC., )
        Plaintiff, )   Case No.  2:09-cv-01300-RCJ-GWF
vs. )   **ORDER**
NEVADA CORPORATE SERVICES, INC., )
        Defendant. )

       The parties submitted a Stipulation and Order to Extend Discovery Deadlines (#44) which the Court granted February 25, 2010.  The order established July 12, 2010 as the discovery cutoff deadline, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

       Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

       **IT IS ORDERED** the trial date in this matter is set for **December 7, 2010 at 8:30 a.m.,** with calendar call on **November 29, 2010 at 8:30 a.m.,** before Judge Robert C. Jones.

       DATED this 25th day of February, 2010.

                         _____
                          GEORGE FOLEY, JR.
                          United States Magistrate Judge