UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| INCORP SERVICES, INC., | ) | |
|     Plaintiff, | ) | Case No.  2:09-cv-01300-RCJ-GWF |
| vs. | ) | **ORDER** |
| NEVADA CORPORATE SERVICES, INC., | ) | Motion to Withdraw (#66) |
|     Defendant. | ) | |

    The matter is before the Court on R. Christopher Reade, Esq. and the law firm of Reade & Associates' Motion to Withdraw as Counsel for Defendants Nevada Corporate Services, Inc. and Richard Fritzler (#66), filed June 25, 2010.  To date, no party has filed an opposition to this motion and the time for opposition has now expired.  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

    **IT IS HEREBY ORDERED** that R. Christopher Reade, Esq. and the law firm of Reade & Associates' Motion to Withdraw as Counsel for Defendants Nevada Corporate Services, Inc. and Richard Fritzler (#66) is **granted**.

    **IT IS FURTHER ORDERED** that Defendants shall have until **August 3, 2010** to advise the Court if they will retain new counsel.  While Defendant Richard Fritzler may choose to retain new counsel or proceed *in proper* person, Defendant Nevada Corporate Services, Inc. must retain new counsel if it intends to continue to litigate this matter.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Defendant Richard Fritzler to the civil docket:

   **Richard Fritzler**
   **1800 E. Sahara Avenue, Suite 107**
   **Las Vegas, NV 89104**
   **(702) 947-4100**;

2. add the last known address of Defendant Nevada Corporate Services, Inc. to the civil docket:

   **Nevada Corporate Services, Inc.**
   **1800 E. Sahara Avenue, Suite 107**
   **Las Vegas, NV 89104**
   **(702) 947-4100**; and

3. serve Defendants with a copy of this order at their last known addresses listed above.

DATED this 14th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge