# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEVADA CORPORATE SERVICES, INC., a ) <br> Nevada corporation; RICHARD FRITZLER, ) <br> ) <br> Defendants. ) | Case No.  2:09-cv-01300-GMN-GWF <br><br> **ORDER OF RECUSAL** |

    Having conducted a settlement conference in this matter, the undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 3rd day of November, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE