SUBT
LEAVITT LAW FIRM
**DENNIS M. LEAVITT, ESQ.**
Nevada Bar No. 3757
229 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 384-3963

Attorney for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., | Case No. 2:09-cv-01300-GMN-CWH |
| Plaintiff, | |
| vs. | |
| NEVADA CORPORATE SERVICES, INC., a Nevada corporation; RICHARD FRITZLER, | |
| Defendants. | |

### SUBSTITUTION OF ATTORNEYS

I, Richard Fritzler, individually and as President of Nevada Corporate Services, Inc., the above-named Defendants, do hereby consent to the substitution of Leavitt Law Firm as my attorney in place and in stead of Bradley M. Ballard, Esq. in the above-entitled matter.

DATED this 5Th day of DEC 2011.

BY: _____
RICHARD FRITZLER

1

1  Bradley M. Ballard, Esq., attorney for Richard Fritzler and Nevada Corporate Services, Inc. in this action does hereby agree and consent to the substitution of Leavitt Law Firm as attorneys for Richard Fritzler and Nevada Corporate Services, Inc. in his place and stead in this action.

DATED this ___9TH___ day of ___DECEMBER___, 2011.

BY: _____
BRADLEY M. BALLARD, ESQ.
Nevada Bar No. 4912
6440 Sky Pointe Dr., Suite 140-432
Las Vegas, Nevada 89131-4048

Dennis M. Leavitt, Esq. does hereby agree and consent to the substitution of Leavitt Law Firm as attorney of record for Richard Fritzler and Nevada Corporate Services, Inc. in this action.

DATED this ___9___ day of ___Dec.___, 2011.

LEAVITT LAW FIRM

BY: _____
DENNIS M. LEAVITT, ESQ.
Nevada Bar No. 3757
229 Las Vegas Blvd. South
Las Vegas, Nevada 89101

///
///
///
///

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 12, 2011

2

# Certificate of Mailing

Pursuant to NEVADA RULES OF CIVIL PROCEDURE 5 (b), I hereby certify that on the ___9___ day of December, 2011, service of the foregoing SUBSTITUTION OF ATTORNEYS was made this date by depositing a true copy of the same for mailing, first class mail, at Las Vegas, Nevada addressed as follows:

> Joel Z. Schwarz, Esq.
> 3960 Howard Hughes Parkway
> 9th Floor
> Las Vegas, Nevada 89169

_____
An employee of Leavitt Law Firm

3