**SAO**
GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
Email: brichardson@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

BURGOYNE LAW GROUP
HENRY M. BURGOYNE, III
CA Bar No. 203748
*Admitted pro hac vice*
E-mail: Hank@BurgoyneLawGroup.com
870 Market Street, Suite 422
San Francisco, CA 94102
Tel: (415) 795-4070
Fax: (415) 680-2335

Attorneys for Plaintiff Incorp Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CORPORATE SERVICES, INC., a Nevada corporation, RICHARD FRITZLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-01300-GMN-CWH<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING OF SETTLEMENT CONFERENCE AND PROPOSED JOINT PRETRIAL ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Incorp Services, Inc. ("Incorp"), herein ("Plaintiff"), by and through its counsel, the law firms of Gordon Silver and the Burgoyne Law Group; and Defendants Nevada Corporate Services, Inc. ("NCS") and Richard Fritzler (collectively herein "Defendants"), by and through their attorney of record,

1

1  Dennis M. Leavitt of Leavitt Law Firm, and hereby stipulate and agree that:

2      1.    WHEREAS on August 28, 2012, the Court issued a minute order requiring that
3  the parties file a Proposed Pretrial Order on or before September 27, 2012;

4      2.    WHEREAS on August 29, 2012, the Court issued an order scheduling a
5  settlement conference for October 4, 2012;

6      3.    WHEREAS both parties are hopeful that this action might be settled without need
7  for a trial or for additional involvement by the Court, other than in the form of the Court's
8  participation in a settlement conference;

9      4.    WHEREAS the parties are agreeable to a settlement conference to occur at the
10 earliest possible time, although not all parties and/or counsel are available on October 4, 2012;

11     5.    WHEREAS counsel for both parties are available to attend a settlement
12 conference on October 16, 2012; and

13     6.    WHEREAS the parties would prefer not to expend their and the Court's resources
14 preparing, filing and reviewing a Proposed Pretrial Order until such time as the settlement
15 conference has been completed.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

Case No.: 2:09-cv-01300-GMN-CWH      STIPULATION AND ORDER REGARDING
SCHEDULING OF SETTLEMENT CONFERENCE AND
PROPOSED JOINT PRETRIAL ORDER

7. The settlement conference shall be rescheduled for October 16, 2012 at 1:00 p.m.

8. The parties' Proposed Pretrial Order shall be filed on or before November 9, 2012.

IT IS SO STIPULATED.

DATED this __11__ day of September, 2012.   DATED this _____ day of September, 2012.

BURGOYNE LAW GROUP                          LEAVITT LAW FIRM


   __s/Henry M. Burgoyne__
HENRY M. BURGOYNE, III                       DENNIS M. LEAVITT
CA Bar No. 203748                            Nevada Bar No. 3757
*Admitted Pro Hac Vice*                      229 Las Vegas Boulevard South
870 Market Street, Suite 422                 Las Vegas, NV 89101
San Francisco, CA 94102                      Tel: (702) 384-3963
Tel: (415) 795-4070                          Attorney for Defendants

GORDON SILVER
BRADLEY J. RICHARDSSON
Nevada Bar No. 1159
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555

Attorneys for Plaintiff


## **ORDER**

The Court having reviewed and considered the Stipulation by the parties, and Good Cause Appearing Therefore,

IT IS HEREBY ORDERED that the settlement conference be rescheduled to **October 16, 2012** at **1:00 p.m.**

///

///

///

///

1  IT IS FURTHER ORDERED that the Proposed Pretrial Order shall be filed on or before
2  November 9, 2012.
3  IT IS SO ORDERED this 13th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

BURGOYNE LAW GROUP


     s/Henry M. Burgoyne
HENRY M. BURGOYNE, III
CA Bar No. 203748
*Admitted Pro Hac Vice*
870 Market Street, Suite 422
San Francisco, CA 94102
Tel: (415) 795-4070

GORDON SILVER
BRADLEY J. RICHARDSSON
Nevada Bar No. 1159
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555

Attorneys for Plaintiff

4

Case No.: 2:09-cv-01300-GMN-CWH   STIPULATION AND ORDER REGARDING
SCHEDULING OF SETTLEMENT CONFERENCE AND
PROPOSED JOINT PRETRIAL ORDER

7. The settlement conference shall be rescheduled for October 16, 2012 at 1:00 p.m.

8. The parties' Proposed Pretrial Order shall be filed on or before November 9, 2012.

IT IS SO STIPULATED.

DATED this _____ day of September, 2012.     DATED this __11__ day of September, 2012.

BURGOYNE LAW GROUP                           LEAVITT LAW FIRM

_____           _____
HENRY M. BURGOYNE, III                       DENNIS M. LEAVITT
CA Bar No. 203748                            Nevada Bar No. 3757
*Admitted Pro Hac Vice*                      229 Las Vegas Boulevard South
870 Market Street, Suite 422                 Las Vegas, NV 89101
San Francisco, CA 94102                      Tel: (702) 384-3963
Tel: (415) 795-4070                          Attorney for Defendants

GORDON SILVER
BRADLEY J. RICHARDSSON
Nevada Bar No. 1159
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555

Attorneys for Plaintiff

## ORDER

The Court having reviewed and considered the Stipulation by the parties, and Good Cause Appearing Therefore,

IT IS HEREBY ORDERED that the settlement conference be rescheduled to **October 16, 2012 at 1:00 p.m.**

///

///

///

///

3

Case No.: 2:09-cv-01300-GMN-CWH    STIPULATION AND ORDER REGARDING
                                    SCHEDULING OF SETTLEMENT CONFERENCE AND
                                    PROPOSED JOINT PRETRIAL ORDER