UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA CORPORATE SERVICES, INC., a Nevada corporation, RICHARD FRITZLER, an individual, and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.: 2:09-cv-01300-GMN-CWH<br><br>**MINUTE ORDER** |

Pursuant to Local Rule 7-2 of the Local Rules of Practice of the United States District Court for the District of Nevada, Defendants' must file their points and authorities in response to Plaintiff's Motion to Dismiss within *fourteen (14) days* after service of the motion. LCR 7-2(b). However, the date provided in Plaintiff's Motion for Order Shortening Time on Motion to Dismiss (ECF No. 189) falls *after* the deadline by which Defendants must file their opposition to the Motion to Dismiss. Therefore, **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order Shortening Time (ECF No. 189) is **DENIED.**

Date: January 4, 2013

_____
Gloria M. Navarro
United States District Judge