GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
Email:  brichardson@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email:  jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Fax: (702) 369-2666

BURGOYNE LAW GROUP
HENRY M. BURGOYNE, III
CA Bar No. 203748
*Admitted pro hac vice*
Email: Hank@BurgoyneLawGroup.com
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335

Attorneys for Plaintiff Incorp Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CORPORATE SERVICES, INC., a Nevada corporation, RICHARD FRITZLER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:09-cv-01300-GMN-CWH<br><br>**ORDER GRANTING<br>MOTION TO FILE CERTAIN EXHIBITS TO THE DECLARATION OF HENRY M. BURGOYNE, III UNDER SEAL** |

///

///

///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/1768010

1 of 2

1   The Court having reviewed and considered Plaintiff Incorp Services, Inc.'s <u>Motion to File Certain Exhibits to the Declaration of Henry M. Burgoyne, III Under Seal</u> and the exhibits in support thereof, the related other papers and pleadings on file herein, and with good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's <u>Motion to File Certain Exhibits to the Declaration of Henry M. Burgoyne, III Under Seal</u> GRANTED.

**IT IS SO ORDERED** this 28th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge

Prepared and Submitted by:

GORDON SILVER
     and
LAW OFFICES OF HANK BURGOYNE


     /s/ Joel Z. Schwarz
GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555

LAW OFFICES OF HANK BURGOYNE
HENRY M. BURGOYNE, III
CA Bar No. 203748
Admitted *pro hac vice*
870 Market Street, Suite 428
San Francisco, CA 94102
Tel:  (415) 531-8125

Attorneys for Plaintiff Incorp Services, Inc.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102162-001.06/1768010

2 of 2